UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARCO CRUZ RAMALES,

                       **Plaintiff,**                     25-CV-6278 (PAE) (VF)

      -against-                                        **ORDER**

CAFE OLYMPIA 55 INC. d/b/a CAFE OLYMPIA
55, et al.,

                       **Defendants.**

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      This case was referred to the undersigned for general pretrial supervision. Pursuant to Section 306 of the New York Business Corporation Law and Section 308 of the New York Civil Practice Law and Rules, Plaintiff Marco Cruz Ramales properly served Defendants Cafe Olympia 55 Inc. d/b/a Cafe Olympia 55, Hye Yung Chum, and Yeon W. Chu with a complaint and summons on **August 1, 2025**. Defendants' answer was due on **August 22, 2025**, as set forth in Rule 12(a) of the Federal Rules of Civil Procedure.

      Defendants are directed to file their answer by **September 15, 2025**. Defendants are further advised that failure to file an answer or otherwise appear to defend the claims may result in a default judgment under Rule 55 of the Federal Rules of Civil Procedure. Plaintiff is also directed to serve a copy of this order on Defendants.

            **SO ORDERED.**

DATED:     New York, New York
               September 3, 2025

                                                                _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge