UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARCO CRUZ RAMALES,

                       **Plaintiff,**                       **25-CV-6278 (PAE) (VF)**

      **-against-**                                       **ORDER**

**CAFE OLYMPIA 55 INC. d/b/a CAFE OLYMPIA 55, et al.,**

                   **Defendants.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

On **August 1, 2025**, Plaintiff properly served Defendants with a complaint and summons. See ECF Nos. 12-14. Defendants' answer was due on **August 22, 2025**, and Defendants did not file an answer. The Court sua sponte extended the deadline for Defendants to file their answer to **September 15, 2025**. ECF No. 15. That date has passed, and Defendants have not filed their answer.

Accordingly, Plaintiff is directed to file a proposed clerk's certificate of default and provide a proposed briefing schedule for default judgment on or by **October 17, 2025**. Plaintiff is also directed to serve a copy of this order on Defendants.

        **SO ORDERED.**

DATED:    New York, New York
             September 18, 2025

                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge