UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARCO CRUZ RAMALES, *individually and on behalf of others similarly situated,*

                              *Plaintiff,*

                       -against-

CAFE OLYMPIA 55 INC. (d/b/a CAFE OLYMPIA 55), HYE YUNG CHUM, and YEON W CHU,

                             *Defendants.*
-----------------------------------------------------------------X

Civil Action No. **25-cv-06278-PAE**

**JUDGMENT**

## **JUDGMENT**

On September 26, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MARCO CRUZ RAMALES, has judgment against CAFE OLYMPIA 55 INC. (d/b/a CAFE OLYMPIA 55), HYE YUNG CHUM, and YEON W CHU, jointly and severally, in the amount of Three Thousand Dollars and Zero Cents ($3,000.00), which is inclusive of attorneys' fees and costs.

Dated: __9/30__, 2025

                                              _Paul A. Engelmayer_
                                         HON. JUDGE PAUL A. ENGELMAYER
                                         U.S. DISTRICT JUDGE